IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:25-CR-00099-6 JLT-SKO |
| Plaintiff, ) ) | **O R D E R APPOINTING COUNSEL** |
| vs. ) ) | |
| SERGIO MADRIGAL LACAYO, JR., ) ) | |
| Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Philip Cozens be appointed to represent the above defendant in this case effective *nunc pro tunc* to October 22, 2025.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: __**October 27, 2025**__          __/s/ *Sheila K. Oberto*__
                                                          UNITED STATES MAGISTRATE JUDGE

-1-